UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CAUSE NO. 3:12-CR-65-RLM
)
ADAM ENGELS )

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 19, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 16), ACCEPTS defendant Adam Engel's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 751(a).

SO ORDERED.

ENTERED: December 10, 2012

_____/s/ Robert L. Miller, Jr._____ _____
Judge
United States District Court